UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **No. 18-cr-10156-DPW** |
| ) | |
| **(1)  CARLOS TORRES,** ) | |
| ) | |
| **Defendant.** ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant Carlos Torres, the United States will seek increased punishment by reason of the following criminal conviction:

<u>Commonwealth of Massachusetts v. Carlos Torres</u>, No. 1418CR004822 (Lawrence District Court). Possession with intent to distribute a class D substance in violation of Massachusetts General Law, Chapter 94C, Section 32C; Conviction Date: June 22, 2015.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  */s/ Philip C. Cheng*
PHILIP C. CHENG
Assistant U.S. Attorney

Dated:  May 24, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of this Information will be served through the Electronic Case Files (ECF) system to all registered participants.

                                              */s/ Philip C. Cheng*
                                              PHILIP C. CHENG
                                              Assistant U.S. Attorney

Dated:   May 24, 2018