IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　vs.<br><br>Carlos TORRES<br>Carlos RODRIGUEZ<br><br>　　　　　Defendants. | Criminal No. 1:18-cr-10156-DPW |

**JOINT INTERIM STATUS REPORT**

Carlos Torres is charged with violations of Title 21, United States Code, Section 846: Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of Fentanyl; Title 21 United States Code, Section 841: Possession with Intent to Distribute 400 Grams or More of Fentanyl; and Title 18, United States Code, Section 924(c): Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Carlos Rodriguez is charged with violations of Title 21, United States Code, Section 846:  Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of Fentanyl; and Title 21 United States Code, Section 841: Possession with Intent to Distribute 40 Grams or More of Fentanyl.

Pursuant to Local Rule 116.5(b), the parties submit the following interim status report:

**1.    Automatic discovery and discovery requests.**

The government has provided automatic discovery by mail on June 18, 2018 and July 5, 2018.  The defendants continue to review the discovery, and have requested recorded phone calls and text messages, which were provided by mail on July 5, 2018.

2. **Timing of additional discovery**.

The government continues to investigate, and if additional reports or information are received, they will be provided as soon as received. Additional laboratory reports are anticipated as the laboratory completes drug and firearm analyses.

3. **Timing of additional discovery requests.**

The defendants continue to review the discovery produced to date, and do not yet know if they will be making additional discovery requests.

4. **Protective orders**.

A protective order regarding discovery containing confidential informant information was issued by the court on July 2, 2018.

5. **Pretrial motions**.

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). Mr. Torres anticipates filing such pretrial motions in the near future. The Court may wish to consider establishing a date by which such motions should be filed.

6. **Timing of expert disclosures.**

The Court has not yet established a date for expert witness disclosures. The government submits that drug and firearm analysts will be the expert witnesses likely to be called by the government. Accordingly, the government submits that expert disclosures 30 days before trial should be sufficient.

7. **Defenses of insanity, public authority or alibi.**

No such defenses are currently anticipated.

**8.     Periods of excludable delay**.

The time from May 23, 2018 until July 12, 2018 was excluded under the Speedy Trial Act by order of the Court. (Docket No. 27). The time from July 12, 2018 through September 6, 2018 was excluded under the Speedy Trial Act by order of the Court. (Docket No. 39). Accordingly, zero days of non-excludable time have accrued and 70 days will remain under the Act in which the case must be tried.

**9.     Status of plea discussions and estimated length of trial.**

Defendants continue to work through the discovery, and no plea discussions have taken place to date.  The government estimates that the length of trial would be one week.

**10.    Timing of further conferences.**

The parties request that a further status conference be scheduled for approximately 60 days from August 30, 2018.

Respectfully submitted,

| | |
|---|---|
| CARLOS TORRES | ANDREW E. LELLING<br>United States Attorney |
| By: */s/ David J. Apfel*<br>David J. Apfel (BBO #551153)<br>Ian J. Stearns (BBO #693374)<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>617-570-1000<br>dapfel@goodwinlaw.com<br>istearns@goodwinlaw.com | By: */s/ Philip C. Cheng*<br>Philip C. Cheng<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3101<br>philip.cheng@usdoj.gov |
| Dated:  August 30, 2018 | Dated: August 30, 2018 |

CARLOS RODRIGUEZ

By: */s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO # 565772)
Todd & Weld LLP
1 Federal Street
Boston, MA 02110
617-720-2626
dcloherty@toddweld.com

Dated: August 30, 2018

<u>Certificate of Service</u>

I hereby certify that I served the foregoing document by EFT on August 30, 2018 to all counsel of record.

*/s/ Philip C. Cheng*
Philip C. Cheng
Assistant U.S. Attorney